# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 06-cv-00446-REB-CBS

DAVID HAGER,

    Plaintiff,

v.

BRIAN HULSE,
TIM MERNA, and
CAROL SCHROEDER,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 1 2006

GREGORY C. LANGHAM
    CLERK

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated September 11, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00446-REB-CBS

David Hager
Prisoner No. 121517
1450 E. 62nd Ave.
Denver, CO 80216

US Marshal Service
Service Clerk
Service forms for: Brian Hulse, Tim Merna,
and Carol Schroeder,


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals and the following forms to the U.S. Marshal for process of service Brian Hulse, Tim Merna, and Carol Schroeder: AMENDED COMPLAINT FILED 8/25/06, ORDER FILED 9/5/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/11/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk