**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00446-REB-CBS

DAVID HAGER,

      Plaintiff,

v.

BRIAN HULSE,
TIM MENA, and
CAROL SCHROEDER,

      Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

This matter is before me on the **Recommendation of United States Magistrate Judge** [#26], filed December 27, 2006.  No objections to the recommendation have been filed.  Therefore, I review the recommendation only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error, I find and conclude that the magistrate judge's recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate** [#26], filed December 27, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2.  That this civil action is **DISMISSED** without prejudice under FED. R. CIV. P. 41(b) and D.C.COLO.LCivR 41.1, based on the plaintiff, David Hager's, failure to

---

[1] This standard pertains even though plaintiff is proceeding *pro se.*  ***Morales-Fernandez***, 418 F.3d at 1122.

comply with the court's orders dated May 26, 2006 [# 8] and October 20, 2006 [# 24],

failure to appear at the December 18, 2006, preliminary scheduling conference, failure

to prosecute, and failure to comply with the Local Rules of Practice of the United States

District Court for the District of Colorado and the court's orders; and

   3. That the claims against defendants, Tim Merna and Carol Schroeder, are

**DISMISSED** without prejudice under Fed. R. Civ. P. 4(m) based on the plaintiff, David

Hager's, failure timely to provide proof of service of the summons and Complaint in this

civil action within 120 days after the filing of the complaint.

   Dated April 3, 2007, at Denver, Colorado.

   **BY THE COURT:**

   **s/ Robert E. Blackburn**
   **Robert E. Blackburn**
   **United States District Judge**